

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00560-CR

Robert Ray **NOLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7704
Honorable Steve Hilbig, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Appellant filed a motion for expedited issuance of the mandate. The motion is granted. We order the clerk of this court to immediately issue the mandate. See Tex. R. App. P. 18.1(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2017.

_____
Keith E. Hottle
Clerk of Court